UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ROBERT THOMPSON #2382 | CIVIL ACTION |
| VERSUS | NO. 09-4465 |
| ST. BERNARD PARISH COURT, ET AL. | SECTION: "C"(1) |

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's federal civil rights claims against the "St. Bernard Parish Court" and Judge Kirk A. Vaughn are **DISMISSED WITH PREJUDICE** as frivolous, for failing to state a claim on which relief may be granted, and/or for seeking monetary damages against a defendant who is immune from such relief.

**IT IS FURTHER ORDERED** that plaintiff's federal *habeas corpus* claims are **DISMISSED WITHOUT PREJUDICE** to their being reasserted in a proper and timely *habeas corpus* petition *after* plaintiff has exhausted his state court remedies.

New Orleans, Louisiana, this 11th day of January, 2010.

_____
UNITED STATES DISTRICT JUDGE